UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| SHIRLEY RIGGINS,<br><br>   Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>   Defendant | Civil No. 3:10-cv-5503-BHS-JRC<br><br>ORDER FOR EXTENSION OF TIME TO FILE AN ANSWER |

Based on Defendant's Motion, and that Plaintiff has no opposition, it is hereby

ORDERED that the Answer Due Date shall be amended as follows:

Defendant shall have up to and including October 29, 2010, to file Defendant's Answer.

DATED this 5th day of October, 2010.

_____
J. Richard Creatura
United States Magistrate Judge