UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SHIRLEY RIGGINS,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant | Civil No.  3:10-CV-05503 BHS-JRC<br><br>ORDER AMENDING THE SCHEDULING ORDER |

Based on the Defendant's motion (ECF No. 16) and that Plaintiff's counsel has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall file its Response to Plaintiff's Opening Brief on or before 1/6/2011;
- Plaintiff shall file the Reply Brief on or before 1/20/2011; and
- Oral argument, if desired, shall be requested by 1/27/2011.

DATED this 9th day of December 2010.

_____

J. Richard Creatura
United States Magistrate Judge

Page 1      ORDER - [3:10-CV-05503 BHS-JRC]