1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8   SHIRLEY RIGGINS,

9                    Plaintiff,                    CASE NO. C10-5503BHS

10       v.

11   MICHAEL J. ASTRUE, Commissioner of          ORDER ADOPTING REPORT
     Social Security,                             AND RECOMMENDATION
12                                                ON PARTIES' STIPULATED
                       Defendant.                 MOTION TO REMAND
13

14          This matter comes before the Court on the Report and Recommendation of the

15   Honorable J. Richard Creatura, United States Magistrate Judge (Dkt. 20). The Court

16   having considered the Report and Recommendation, the parties' stipulated motion to

17   remand, and the remaining record, and no objections having been filed, does hereby find

18   and order as follows:

19          (1)     The Report and Recommendation is **ADOPTED**;

20          (2)     The decision of the Administrative Law Judge is **REVERSED** and this

21                  action is **REMANDED** in accordance with the Report and

22                  Recommendation.

23          DATED this 19th day of January, 2011.

24

25

26                                              _____
                                                BENJAMIN H. SETTLE
27                                              United States District Judge

28

ORDER