# United States District Court

WESTERN DISTRICT OF WASHINGTON

SHIRLEY RIGGINS,

        v.

MICHAEL J. ASTRUE, Commissioner of
Social Security,

JUDGMENT IN A CIVIL CASE

CASE NO. C10-5503BHS

☐     **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒     **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1)     The Report and Recommendation is **ADOPTED**; and

(2)     The decision of the Administrative Law Judge is **REVERSED** and this action is **REMANDED** in accordance with the Report and Recommendation.

| January 20, 2011 | WILLIAM M. McCOOL |
|---|---|
| Date | Clerk |

                                                    *s/ Mary Trent*
                                                    Deputy Clerk